United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-14648-pmm
Spiros Malitsis     Chapter 13
Lena Alena Malitsis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Apr 15, 2021     Form ID: 155     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Spiros Malitsis, Lena Alena Malitsis, 182 Aster Street, Nazareth, PA 18064-1060 |
| 14566214 | + | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14574487 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14566216 | + | Barbara Tantaros, PO BOX 131, Macungie, PA 18062-0131 |
| 14575312 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14566219 | + | Catherine Malitsis, 639 Third Avenue, Bethlehem, PA 18018-5523 |
| 14566220 | + | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 14566221 | + | Credit First NA, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14566222 | + | Debtor's Son, 182 Aster Place, Nazareth, PA 18064-1060 |
| 14566226 | + | New Res-Shellpoint MTG, 55 Beattie Pl, Ste 110, Greenville, SC 29601-5115 |
| 14578706 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14569997 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566227 | + | Nickolas Malitsis, 639 Third Avenue, Bethlehem, PA 18018-5523 |
| 14566228 | + | Nora C. Viggiano, Esquire, KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14572480 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14566229 | | Peerless Credit Services Inc., PO Box 518, Middletown, PA 17057-0518 |
| 14566231 | + | Pequot LLC, 3019 N. Argonne Road, Spokane, WA 99212-2141 |
| 14569320 | + | Pequot, LLC, c/o Lee S. Raphael, Esquire, 20750 Ventura Boulevard,Suite 100, Woodland Hills, California 91364-6207 |
| 14566232 | | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14566239 | + | TD Bank USA/Target Credit, 7000 Target Parkway N, Minneapolis, MN 55445-4301 |
| 14566240 | + | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14566241 | + | Wells Fargo Bank NA, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14572623 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14566242 | + | Wells Fargo Card Service, Credit Bureau Resolution, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14566243 | + | Wells Fargo Education/AES, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 14566244 | + | William Andrew Ehrlich, Esquire, Mill Run Office Center, 1275 Glenlivet Drive, Suite 150, Allentown, PA 18106-3109 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14566213 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2021 03:51:00 | ADS/Comenity/Victoria, PO BOX 182789, Columbus, OH 43218-2789 |
| 14579635 | + | Email/Text: g20956@att.com | Apr 16 2021 03:52:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14566215 | + | Email/Text: bnc-capio@quantum3group.com | Apr 16 2021 03:51:00 | AssetCare, 2222 Texoma Pkwy, Suite 180, Sherman, TX 75090-2484 |
| 14566217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:30:16 | Best Buy/CBNA, 5800 South Corporate Place, |

Case 20-14648-pmm  Doc 25  Filed 04/17/21  Entered 04/18/21 00:47:42  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: 155 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls, SD 57108-5027 |
| 14577277 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 16 2021 03:30:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14566218 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 03:37:33 | Capital One National Association, PO BOX 26030, Richmond, VA 23260-6030 |
| 14566223 | | Email/Text: mrdiscen@discover.com | Apr 16 2021 03:51:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14569738 | | Email/Text: mrdiscen@discover.com | Apr 16 2021 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14566224 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 16 2021 03:51:00 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14566225 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 16 2021 03:51:00 | Kohls/Capone, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14580719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:37:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14571885 | + | Email/Text: melissa@allservicing.com | Apr 16 2021 03:51:00 | Pequot, LLC, c/o Allied Servicing Corporation, 3019 North Argonne Road, Spokane Valley, WA 99212-2141 |
| 14581021 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2021 03:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14566235 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:21:02 | SYNCB/American Eagle, PO BOX 965005, Orlando, FL 32896-5005 |
| 14566236 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:21:02 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14566237 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:21:02 | SYNCB/PPC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14566234 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:37:29 | SYNCB/amazon Plcc, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14566238 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:37:29 | SYNCB/sams club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14574954 | | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 16 2021 03:52:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14566233 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 16 2021 03:52:00 | Sallie Mae, PO BOX 3229, Wilmington, DE 19804-0229 |
| 14581010 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:21:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14576638 | + | Email/Text: bncmail@w-legal.com | Apr 16 2021 03:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14572874 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14566230 | ##+ | Penn Credit Corporation, 916 S 14th St, PO Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHARLES LAPUTKA | on behalf of Joint Debtor Lena Alena Malitsis claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Spiros Malitsis claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| SCOTT F WATERMAN | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Spiros Malitsis and Lena Alena Malitsis

    Debtor(s)

Chapter: 13
Bankruptcy No: 20−14648−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 15th day of April, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

23
Form 155