**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Spiros Malitsis and** <br>     **and Lena Alena Malitsis** <br>               **Debtor** | **Case No: 20-14648-PMM** <br><br> **CHAPTER 13** |

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1. The Application for Compensation and Reimbursement of Expenses was timely served on all interested parties as is shown on the certificate of service previously filed with the Application.

2. The deadline for response to the Motion was May 7, 2021.

3. No objections, responses, or requests for hearing on the Application have been received, and as of May 10, 2021, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the motion, granting the requested relief.

Dated: May 10, 2021        /s/ *Charles Laputka, Esquire*
                                        CHARLES LAPUTKA, Esquire
                                        PA I.D. No. 91984
                                        1344 West Hamilton Street
                                        Allentown, PA 18102
                                        Phone: (610) 477-0155
                                        Facsimile: (484)350-3581