| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14648-PMM**

| | |
|---|---|
| Spiros Malitsis | Petition Filed Date: 12/04/2020 |
| Lena Alena Malitsis | 341 Hearing Date: 01/12/2021 |
| 182 Aster Street | Confirmation Date: 04/15/2021 |
| Nazareth  PA   18064 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $700.00 | | 02/09/2021 | $700.00 | | 03/05/2021 | $700.00 | |
| 04/05/2021 | $1,158.00 | 9661123 | 05/06/2021 | $1,158.00 | 13525370 | | | |

**Total Receipts for the Period: $4,416.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,416.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $6,091.61 | $0.00 | $6,091.61 |
| 2 | PEQUOT, LLC<br>»» 002 | Mortgage Arrears | $24,695.98 | $892.33 | $23,803.65 |
| 3 | NAVIENT FUNDING<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $12,326.74 | $0.00 | $12,326.74 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $5,966.11 | $0.00 | $5,966.11 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $10,391.74 | $0.00 | $10,391.74 |
| 7 | SALLIE MAE<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | SALLIE MAE<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CREDIT FIRST NA<br>»» 009 | Unsecured Creditors | $1,093.43 | $0.00 | $1,093.43 |
| 10 | TD BANK USA NA<br>»» 010 | Unsecured Creditors | $1,379.22 | $0.00 | $1,379.22 |
| 11 | AMERICAN INFOSOURCE LP<br>»» 011 | Unsecured Creditors | $457.13 | $0.00 | $457.13 |
| 12 | NEWREZ LLC  D/B/A<br>»» 012 | Mortgage Arrears | $2,147.84 | $77.61 | $2,070.23 |
| 13 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 013 | Unsecured Creditors | $717.49 | $0.00 | $717.49 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,330.83 | $0.00 | $2,330.83 |
| 15 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $306.95 | $0.00 | $306.95 |

**Chapter 13 Case No. 20-14648-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK<br>»» 016 | Unsecured Creditors | $695.87 | $0.00 | $695.87 |
| 17 | SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $123.20 | $0.00 | $123.20 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $105.15 | $0.00 | $105.15 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,171.22 | $0.00 | $1,171.22 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,036.91 | $0.00 | $1,036.91 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $344.23 | $0.00 | $344.23 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,416.00 | Current Monthly Payment: | $1,158.00 |
| Paid to Claims: | $3,029.94 | Arrearages: | $1,158.00 |
| Paid to Trustee: | $343.86 | Total Plan Base: | $68,106.00 |
| Funds on Hand: | $1,042.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.