UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 21, 2021

To: **Kevin J. Cordell**
   **c/o Madison Management Services, LLC**
   **4600 Kietzke Ln, Suite K-225**
   **Reno, NV 89502**

In re: **Spiros Malitsis & Lena Alena Malitsis**
Bankruptcy No. **20-14648**
Adversary No.
Chapter **13**

Re: **Transfer of Claim entry #32**

The above document(s) were filed in this office on **07/16/2021.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition Amount |
| ( ) | Adversary Proceeding Amount |
| ( ) | $32.00 Filing Fee for Amendments |
| (**XX**) | $26.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee Amount |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                      Timothy B. McGrath
                      Clerk

                      By: **Antoinette Stevenson**
                         Deputy Clerk