United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14648-pmm |
| Spiros Malitsis | Chapter 13 |
| Lena Alena Malitsis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14571885 | + Email/Text: melissa@allservicing.com | Nov 23 2021 23:27:00 | Pequot, LLC, c/o Allied Servicing Corporation, 3019 North Argonne Road, Spokane Valley, WA 99212-2141 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Lena Alena Malitsis claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Spiros Malitsis claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |

District/off: 0313-4                      User: admin                      Page 2 of 2

Date Rcvd: Nov 23, 2021                  Form ID: trc                     Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-14648-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Spiros Malitsis
182 Aster Street
Nazareth PA 18064

Lena Alena Malitsis
182 Aster Street
Nazareth PA 18064

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/16/2021.

Name and Address of Alleged Transferor(s):

Claim No. 2: Pequot, LLC, c/o Allied Servicing Corporation, 3019 North Argonne Road, Spokane Valley, WA 99212

Name and Address of Transferee:

Pequot, LLC
c/o Madison Management Services, LLC
4600 Kietzke Ln, Suite K-225
Reno, NV 89502

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/25/21

Tim McGrath
**CLERK OF THE COURT**