# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Spiros and Lena A. Malitsis, | : Chapter 13 |
| | : |
| | : Case No.  20-14648 (PMM) |
| | : |
| Debtors. | : |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Newrez LLC D/B/A Shellpoint Mortgage Servicing (doc. #39, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Debtor's Response thereto (doc. #41);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **July 7, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 6/7/22**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**