**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: ) | |
| SPIROS MALITSIS ) | CASE NO.: 4:20-bk-14648-pmm |
| AKA SPIRO MALITSIS AND ) | CHAPTER 13 |
| LENA ALENA MALITSIS ) | JUDGE PATRICIA M. MAYER |
| AKA LENA A. MAALOUF ) | |
| ) | |
| DEBTORS ) | |
| ) | |
| PEQUOT, LLC C/O MADISON ) | |
| MANAGEMENT SERVICES, LLC ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| SPIROS MALITSIS AND LENA A, MALITSIS, ) | |
| DEBTORS AND ) | |
| SCOTT F. WATERMAN TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Pequot, LLC c/o Madison Management Services, LLC and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 30th day of August 2022

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 30th day of August 2022.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 4:20-bk-14648-pmm)

*DEBTORS*
SPIROS MALITSIS
LENA ALENA MALITSIS
182 ASTER STREET
NAZARETH, PA 18064

*ATTORNEYS FOR DEBTOR*
CHARLES LAPUTKA
LAPUTKA LAW OFFICE
1344 W. HAMILTON ST.
ALLENTOWN, PA 18102
CLAPUTKA@LAPUTKALAW.COM

*TRUSTEE*
SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV