**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | | |
|---|---|---|
| IN RE: | ) | |
| SPIROS MALITSIS | ) | CASE NO.: 4:20-bk-14648-pmm |
| AKA SPIRO MALITSIS AND | ) | CHAPTER 13 |
| LENA ALENA MALITSIS | ) | JUDGE PATRICIA M. MAYER |
| AKA LENA A. MAALOUF | ) | |
| | ) | |
|     DEBTORS | ) | |
| | ) | |
| PEQUOT, LLC C/O MADISON | ) | |
| MANAGEMENT SERVICES, LLC | ) | |
| | ) | |
|     CREDITOR | ) | |
| | ) | |
| SPIROS MALITSIS AND LENA A, MALITSIS, | ) | |
| DEBTORS AND | ) | |
| SCOTT F. WATERMAN TRUSTEE | ) | |
| | ) | |
|     RESPONDENTS | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND**
**HEARING DATE**

Pequot, LLC c/o Madison Management Services, LLC has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **September 30, 2022** you or your attorney must do all of the following:
   (a) file an answer explaining your position at:

United States Bankruptcy Court
201 Penn Street
Suite 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)      mail a copy to Movant's attorney:

>Joshua I. Goldman, Esq.
>PADGETT LAW GROUP
>6267 Old Water Oak Road, Suite 203
>Tallahassee, FL 32312

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, the United States Bankruptcy Judge, at The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 16801 on **October 11, 2022** at **10:00 a.m.** as soon thereafter as counsel can be heard, to consider the motion.

    4.    You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

    5.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

>/s/ Joshua I. Goldman
>
>Joshua I. Goldman, Esq.
>Pennsylvania Bar # 205047
>PADGETT LAW GROUP
>6267 Old Water Oak Road, Suite 203
>Tallahassee, FL 32312
>(850) 422-2520 (telephone)
>(850) 422-2567 (facsimile)
>josh.goldman@padgettlawgroup.com
>*Counsel for Creditor*

Date: September 16, 2022