# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Spiros and Lena Malitsis, | : | Chapter 13 |
| | : | |
| | : | Case No.   20-14648 (PMM) |
| | : | |
| Debtors. | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Newrez LLC (doc. # 39, "the Motion");

**AND,** the parties having reported the Motion settled in advance of the hearing;

**AND,** the Court having an entered an Order directing the parties to file a stipulation **on or before July 7, 2022**, doc. #42, and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

**Date:  10/3/22**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE