# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Spiros and Lena Malitsis,**                    :    Chapter 13
                                                 :
                                                 :    Case No.  20-14648 (PMM)
                                                 :
**Debtors.**                                     :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (doc. # 47), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #50);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 10, 2022** the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  10/11/22

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**