**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: ) | |
| SPIROS MALITSIS ) | CASE NO.: 4:20-bk-14648-pmm |
| AKA SPIRO MALITSIS AND ) | CHAPTER 13 |
| LENA ALENA MALITSIS ) | JUDGE PATRICIA M. MAYER |
| AKA LENA A. MAALOUF ) | |
| ) | |
| , ) | |

## ORDER

A Motion to Extend Time to File Agreed Order was filed on November 14, 2022, by Movant, Pequot, LLC c/o Madison Management Services, LLC.

**IT IS ORDERED** that the Motion to Extend Time to File Agreed Order is **GRANTED.** The deadline for filing is extended to December 9, 2022.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

Dated: 11/15/22