United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-14648-pmm |
|---|---|
| Spiros Malitsis | Chapter 13 |
| Lena Alena Malitsis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Spiros Malitsis, 182 Aster Street, Nazareth, PA 18064-1060 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Lena Alena Malitsis claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Spiros Malitsis claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Pequot  LLC, et al Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE: ) | |
| SPIROS MALITSIS ) | CASE NO.: 4:20-bk-14648-pmm |
| AKA SPIRO MALITSIS AND ) | CHAPTER 13 |
| LENA ALENA MALITSIS ) | JUDGE PATRICIA M. MAYER |
| AKA LENA A. MAALOUF ) | |
| ) | |
| , ) | |

## ORDER

A Motion to Extend Time to File Agreed Order was filed on November 14, 2022, by Movant, Pequot, LLC c/o Madison Management Services, LLC.

**IT IS ORDERED** that the Motion to Extend Time to File Agreed Order is **GRANTED.** The deadline for filing is extended to December 9, 2022.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

Dated: 11/15/22