IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| | |
|---|---|
| IN RE: ) | |
| SPIROS MALITSIS ) | CASE NO.: 4:20-bk-14648-pmm |
| AKA SPIRO MALITSIS AND ) | CHAPTER 13 |
| LENA ALENA MALITSIS ) | JUDGE PATRICIA M. MAYER |
| AKA LENA A. MAALOUF ) | |
| ) | |
| DEBTORS ) | |
| ) | |
| PEQUOT, LLC C/O MADISON ) | |
| MANAGEMENT SERVICES, LLC ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| SPIROS MALITSIS AND LENA A, MALITSIS, ) | |
| DEBTORS AND ) | |
| SCOTT F. WATERMAN TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**ORDER APPROVING STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362**

Upon consideration of the Stipulation between Pequot, LLC c/o Madison Management Services, LLC (Doc. 59), it Is hereby **ORDERED** that the Stipulation is **APPROVED.**

**Date: December 12, 2022**

_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE