United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Spiros Malitsis  
Lena Alena Malitsis  
    Debtors

Case No. 20-14648-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 12, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Spiros Malitsis, Lena Alena Malitsis, 182 Aster Street, Nazareth, PA 18064-1060 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:

**Name      Email Address**

BRIAN CRAIG NICHOLAS  
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES LAPUTKA  
     on behalf of Joint Debtor Lena Alena Malitsis claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA  
     on behalf of Debtor Spiros Malitsis claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES GRIFFIN WOHLRAB  
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

JOSHUA I. GOLDMAN  
     on behalf of Creditor Pequot  LLC, et al Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE: ) | |
| SPIROS MALITSIS ) | CASE NO.: 4:20-bk-14648-pmm |
| AKA SPIRO MALITSIS AND ) | CHAPTER 13 |
| LENA ALENA MALITSIS ) | JUDGE PATRICIA M. MAYER |
| AKA LENA A. MAALOUF ) | |
| ) | |
| DEBTORS ) | |
| ) | |
| PEQUOT, LLC C/O MADISON ) | |
| MANAGEMENT SERVICES, LLC ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| SPIROS MALITSIS AND LENA A, MALITSIS, ) | |
| DEBTORS AND ) | |
| SCOTT F. WATERMAN TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

### ORDER APPROVING STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

Upon consideration of the Stipulation between Pequot, LLC c/o Madison Management Services, LLC (Doc. 59), it Is hereby **ORDERED** that the Stipulation is **APPROVED.**

**Date: December 12, 2022**

_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE