**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Spiros Malitsis and** <br> **And Lena Alena Malitsis** <br><br> **Debtors** | **Case # 20-14648-PMM** <br><br><br> **CHAPTER 13** |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 15th day of March, 2023, a true and correct copy of the 3rd Amended Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Brian Craig Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bnicholas@kmllawgroup.com

Joshua I. Goldman, Esquire
Padgett Law Group
6267 Old Water Oak Rd.
Ste. 203
Tallahassee, FL 32312
Josh.Goldman@padgettlawgroup.com

 

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102