**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Spiros Malitsis and and Lena Alena Malitsis<br>Debtor | Case No: 20-14648-PMM<br><br>**CHAPTER 13** |

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 64, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 67) is **APPROVED**.

**BY THE COURT:**

**Date:**  _____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**