**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Spiros Malitsis and**<br>    **and Lena Alena Malitsis**<br>            **Debtor** | **Case No: 20-14648-PMM**<br><br>**CHAPTER 13** |

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

    I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1.     The Motion for Modification of Plan Post Confirmation was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2.     The deadline for response to the Motion was March 15, 2023.

3.     No objections, responses, or requests for hearing on the Application have been received, and as of March 20, 2023, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

    WHEREFORE, Movant seeks the entry of the proposed order filed with the motion, granting the requested relief.

Dated: March 20, 2023                                               /s/ *Charles Laputka, Esquire*
                                                                                                    CHARLES LAPUTKA, Esquire
                                                                                                    PA I.D. No. 91984
                                                                                                    1344 West Hamilton Street
                                                                                                    Allentown, PA 18102
                                                                                                    Phone: (610) 477-0155
                                                                                                    Facsimile: (484)350-3581