**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Spiros Malitsis and and Lena Alena Malitsis<br>Debtor | Case No: 20-14648-PMM<br><br>CHAPTER 13 |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Certificate of No Response filed on March 20, 2023.

Respectfully Submitted,

Date: March 20, 2023

By: */s/Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
Attorney for Debtor
1344 W. Hamilton St.
Allentown, PA 18102
Phone: (610)477-0155
Fax: (484) 350-3581
claputka@laputkalaw.com