UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Spiros Malitsis and and Lena Alena Malitsis<br>Debtor | Case No: 20-14648-PMM<br><br>CHAPTER 13 |

### O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 64, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. #72) is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

**Date:** 3/23/23

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**