| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-14648-PMM**

Spiros Malitsis  
Lena Alena Malitsis  
182 Aster Street  
Nazareth  PA    18064

Petition Filed Date: 12/04/2020  
341 Hearing Date: 01/12/2021  
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $1,158.00 | 21349632 | 09/14/2022 | $1,158.00 | 24454918 | 10/11/2022 | $1,158.00 | 27138797 |
| 11/17/2022 | $1,158.00 | 30175848 | 12/12/2022 | $1,158.00 | 33362040 | 01/11/2023 | $1,158.00 | 36205623 |
| 02/16/2023 | $1,158.00 | 39548238 | 03/09/2023 | $1,392.00 | 41504085 | 04/07/2023 | $1,392.00 | 44524774 |
| 05/12/2023 | $1,392.00 | 48062046 | 06/12/2023 | $1,392.00 | 50149915 | 07/06/2023 | $1,392.00 | 52843899 |

**Total Receipts for the Period:  $15,066.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $37,086.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $6,091.61 | $0.00 | $6,091.61 |
| 2 | PEQUOT, LLC<br>»» 002 | Mortgage Arrears | $24,695.98 | $23,893.70 | $802.28 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $12,326.74 | $0.00 | $12,326.74 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $5,966.11 | $0.00 | $5,966.11 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $10,391.74 | $0.00 | $10,391.74 |
| 7 | SALLIE MAE<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | SALLIE MAE<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CREDIT FIRST NA<br>»» 009 | Unsecured Creditors | $1,093.43 | $0.00 | $1,093.43 |
| 10 | TD BANK USA NA<br>»» 010 | Unsecured Creditors | $1,379.22 | $0.00 | $1,379.22 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $457.13 | $0.00 | $457.13 |
| 12 | NEWREZ LLC  D/B/A<br>»» 012 | Mortgage Arrears | $2,147.84 | $2,078.07 | $69.77 |
| 13 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 013 | Unsecured Creditors | $717.49 | $0.00 | $717.49 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,330.83 | $0.00 | $2,330.83 |

**Chapter 13 Case No. 20-14648-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $306.95 | $0.00 | $306.95 |
| 16 | SYNCHRONY BANK<br>»» 016 | Unsecured Creditors | $695.87 | $0.00 | $695.87 |
| 17 | SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $123.20 | $0.00 | $123.20 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $105.15 | $0.00 | $105.15 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,171.22 | $0.00 | $1,171.22 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,036.91 | $0.00 | $1,036.91 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $344.23 | $0.00 | $344.23 |
| 22 | PEQUOT, LLC<br>»» 02P | Secured Creditors | $4,481.60 | $3,401.12 | $1,080.48 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,086.00 | Current Monthly Payment: | $1,301.00 |
| Paid to Claims: | $31,432.89 | Arrearages: | ($455.00) |
| Paid to Trustee: | $3,119.67 | Total Plan Base: | $73,059.00 |
| Funds on Hand: | $2,533.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.