| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14648-PMM**

Spiros Malitsis
Lena Alena Malitsis
182 Aster Street
Nazareth  PA     18064

Petition Filed Date: 12/04/2020
341 Hearing Date: 01/12/2021
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $1,392.00 | 55667399 | 09/08/2023 | $1,392.00 | 58505340 | 10/10/2023 | $1,392.00 | 61096457 |
| 11/09/2023 | $1,392.00 | 63819795 | 12/12/2023 | $1,392.00 | 66503687 | 01/09/2024 | $1,392.00 | 69072420 |
| 02/08/2024 | $1,392.00 | 71813489 | 03/13/2024 | $1,392.00 | 74292815 | 04/12/2024 | $1,392.00 | 76852172 |
| 05/29/2024 | $1,392.00 | 2427162 | 06/12/2024 | $1,392.00 | 4972067 | 07/10/2024 | $1,392.00 | 7463534 |

**Total Receipts for the Period:  $16,704.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $53,790.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $6,091.61 | $1,966.20 | $4,125.41 |
| 2 | PEQUOT, LLC »» 002 | Mortgage Arrears | $24,695.98 | $24,695.98 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA »» 004 | Unsecured Creditors | $12,326.74 | $3,978.76 | $8,347.98 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $5,966.11 | $1,925.70 | $4,040.41 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $10,391.74 | $3,354.20 | $7,037.54 |
| 7 | SALLIE MAE »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | SALLIE MAE »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CREDIT FIRST NA »» 009 | Unsecured Creditors | $1,093.43 | $352.95 | $740.48 |
| 10 | TD BANK USA NA »» 010 | Unsecured Creditors | $1,379.22 | $445.20 | $934.02 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $457.13 | $134.70 | $322.43 |
| 12 | NEWREZ LLC  D/B/A »» 012 | Mortgage Arrears | $2,147.84 | $2,147.84 | $0.00 |
| 13 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 013 | Unsecured Creditors | $717.49 | $231.58 | $485.91 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $2,330.83 | $752.30 | $1,578.53 |

**Chapter 13 Case No. 20-14648-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $306.95 | $90.42 | $216.53 |
| 16 | SYNCHRONY BANK<br>»» 016 | Unsecured Creditors | $695.87 | $224.59 | $471.28 |
| 17 | SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $123.20 | $36.31 | $86.89 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $105.15 | $33.95 | $71.20 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,171.22 | $378.04 | $793.18 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,036.91 | $334.70 | $702.21 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $344.23 | $101.41 | $242.82 |
| 22 | PEQUOT, LLC<br>»» 02P | Secured Creditors | $4,481.60 | $4,481.60 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,790.00 | Current Monthly Payment: | $1,301.00 |
| Paid to Claims: | $47,726.43 | Arrearages: | ($1,547.00) |
| Paid to Trustee: | $4,776.15 | Total Plan Base: | $73,059.00 |
| Funds on Hand: | $1,287.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.