# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE:<br><br>**Spiros Malitsis aka Spiro Malitsis** and<br>**Lena Alena Malitsis aka Lena A. Maalouf**,<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 20-14648-pmm<br><br>HEARING DATE: 05/13/2025<br>TIME: 10:00am<br>LOCATION: 4th Floor |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Movant") has filed a Motion for relief from the automatic stay provisions of 11 U.S.C. § 362(a) with respect to real Mortgaged Premises located at 182 Aster St, Nazareth, PA 18064-1060.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before May 6, 2025 you or your attorney must do **all** of the following:

    (a)    file an answer explaining your position at:
                U.S. Bankruptcy Court
                Eastern District of Pennsylvania
                The Gateway Building
                201 Penn Street, Suite 103
                Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's Attorney:
                Michael J. Shavel, Esquire
                Hill Wallack LLP
                1000 Floral Vale Blvd, Suite 300
                Yardley, PA 19067

267-759-2071

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Judge Patricia M. Mayer on May 13, 2025 at 10:00am in The Gateway Building, 201 Penn Street, 4th Floor Courtroom, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

<u>By:  /s/ Michael J. Shavel</u>
Michael J. Shavel, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd, Suite 300
Yardley, PA 19067
Telephone 267-759-2071
Email: mshavel@hillwallack.com