UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| IN RE: | CHAPTER 13 |
|---|---|
| **Spiros Malitsis** aka Spiro Malitsis and **Lena Alena Malitsis** aka Lena A. Maalouf  Debtors | CASE NO.: **20-14648-PMM** |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this  5th  day of  June , **2025**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**US BANKRUPTCY JUDGE**