| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-14648-PMM

Spiros Malitsis  
Lena Alena Malitsis  
182 Aster Street  
Nazareth  PA    18064

Petition Filed Date: 12/04/2020  
341 Hearing Date: 01/12/2021  
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $1,392.00 | 9984073 | 09/23/2024 | $1,392.00 | 12370777 | 10/15/2024 | $1,392.00 | 14899176 |
| 11/12/2024 | $1,392.00 | 17441385 | 12/16/2024 | $1,392.00 | 19808877 | 01/10/2025 | $1,392.00 | 22184930 |
| 02/12/2025 | $1,392.00 | 24621134 | 03/31/2025 | $1,392.00 | 26930184 | 04/14/2025 | $1,392.00 | 29201967 |
| 05/09/2025 | $1,392.00 | 31678253 | 06/11/2025 | $1,392.00 | 33850880 | 07/09/2025 | $1,392.00 | 36187336 |

**Total Receipts for the Period: $16,704.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $70,494.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $6,091.61 | $4,068.10 | $2,023.51 |
| 2 | PEQUOT, LLC »» 002 | Mortgage Arrears | $24,695.98 | $24,695.98 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA »» 004 | Unsecured Creditors | $12,326.74 | $8,232.08 | $4,094.66 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $5,966.11 | $3,984.29 | $1,981.82 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $10,391.74 | $6,939.84 | $3,451.90 |
| 7 | SALLIE MAE »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | SALLIE MAE »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CREDIT FIRST NA »» 009 | Unsecured Creditors | $1,093.43 | $730.22 | $363.21 |
| 10 | TD BANK USA NA »» 010 | Unsecured Creditors | $1,379.22 | $921.08 | $458.14 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $457.13 | $291.78 | $165.35 |
| 12 | NEWREZ LLC D/B/A »» 012 | Mortgage Arrears | $2,147.84 | $2,147.84 | $0.00 |
| 13 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 013 | Unsecured Creditors | $717.49 | $479.16 | $238.33 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $2,330.83 | $1,556.55 | $774.28 |

| 15 | SYNCHRONY BANK »» 015 | Unsecured Creditors | $306.95 | $195.92 | $111.03 |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK »» 016 | Unsecured Creditors | $695.87 | $464.69 | $231.18 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $123.20 | $71.35 | $51.85 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR »» 018 | Unsecured Creditors | $105.15 | $67.12 | $38.03 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,171.22 | $782.15 | $389.07 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $1,036.91 | $692.48 | $344.43 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $344.23 | $219.71 | $124.52 |
| 22 | PEQUOT, LLC »» 02P | Secured Creditors | $4,481.60 | $4,481.60 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $70,494.00 | Current Monthly Payment: | $1,301.00 |
| Paid to Claims: | $63,081.94 | Arrearages: | ($2,639.00) |
| Paid to Trustee: | $6,049.83 | Total Plan Base: | $73,059.00 |
| Funds on Hand: | $1,362.23 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.