United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-14648-pmm
Spiros Malitsis     Chapter 13
Lena Alena Malitsis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Dec 02, 2025     Form ID: 138OBJ     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Spiros Malitsis, Lena Alena Malitsis, 182 Aster Street, Nazareth, PA 18064-1060 |
| 14566216 | + | Barbara Tantaros, PO BOX 131, Macungie, PA 18062-0131 |
| 14566219 | + | Catherine Malitsis, 639 Third Avenue, Bethlehem, PA 18018-5523 |
| 14566222 | + | Debtor's Son, 182 Aster Place, Nazareth, PA 18064-1060 |
| 14569997 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566227 | + | Nickolas Malitsis, 639 Third Avenue, Bethlehem, PA 18018-5523 |
| 14566228 | + | Nora C. Viggiano, Esquire, KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14566231 | + | Pequot LLC, 3019 N. Argonne Road, Spokane, WA 99212-2141 |
| 14569320 | + | Pequot, LLC, c/o Lee S. Raphael, Esquire, 20750 Ventura Boulevard,Suite 100, Woodland Hills, California 91364-6207 |
| 14717335 | + | Pequot, LLC c/o Madison Management Services, LLC, c/o Joshua I Goldman, Esquire, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14566244 | + | William Andrew Ehrlich, Esquire, Mill Run Office Center, 1275 Glenlivet Drive, Suite 150, Allentown, PA 18106-3109 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 03 2025 00:56:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 03 2025 00:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14566213 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2025 00:56:00 | ADS/Comenity/Victoria, PO BOX 182789, Columbus, OH 43218-2789 |
| 14579635 | + | Email/Text: g17768@att.com | Dec 03 2025 00:56:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14566214 | + | Email/PDF: bncnotices@becket-lee.com | Dec 03 2025 01:07:46 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14574487 | | Email/PDF: bncnotices@becket-lee.com | Dec 03 2025 01:07:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14566215 | + | Email/Text: bnc-capio@quantum3group.com | Dec 03 2025 00:56:00 | AssetCare, 2222 Texoma Pkwy, Suite 180, Sherman, TX 75090-2484 |
| 14566217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 01:07:38 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14566220 | | Email/Text: correspondence@credit-control.com | | |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 03 2025 00:56:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631 |
| 14575312 | Email/Text: BKPT@cfna.com | Dec 03 2025 00:56:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14577277 | + Email/PDF: ebn_ais@aisinfo.com | Dec 03 2025 01:07:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14566218 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 01:07:54 | Capital One National Association, PO BOX 26030, Richmond, VA 23260-6030 |
| 14566221 | + Email/Text: BKPT@cfna.com | Dec 03 2025 00:56:00 | Credit First NA, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14566223 | Email/Text: mrdiscen@discover.com | Dec 03 2025 00:56:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14569738 | Email/Text: mrdiscen@discover.com | Dec 03 2025 00:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14615959 | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2025 00:56:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14566224 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 01:18:47 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14566225 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2025 01:18:46 | Kohls/Capone, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14566226 | + Email/Text: mtgbk@shellpointmtg.com | Dec 03 2025 00:56:00 | New Res-Shellpoint MTG, 55 Beattie Pl, Ste 110, Greenville, SC 29601-5115 |
| 14688595 | + Email/Text: RASEBN@raslg.com | Dec 03 2025 00:56:00 | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esq., 130 Clinton rd #202, Fairfield NJ 07004-2927 |
| 14578706 | Email/Text: mtgbk@shellpointmtg.com | Dec 03 2025 00:56:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14566230 | Email/Text: bankruptcies@penncredit.com | Dec 03 2025 00:56:00 | Penn Credit Corporation, 916 S 14th St, PO Box 988, Harrisburg, PA 17108 |
| 14572480 | + Email/Text: bncnotifications@pheaa.org | Dec 03 2025 00:56:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14580719 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 01:18:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14566232 | Email/Text: signed.order@pfwattorneys.com | Dec 03 2025 00:56:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14571885 | + Email/Text: melissa@allservicing.com | Dec 03 2025 00:56:00 | Pequot, LLC, c/o Allied Servicing Corporation, 3019 North Argonne Road, Spokane Valley, WA 99212-2141 |
| 14624204 | ^ MEBN | Dec 03 2025 00:56:25 | Pequot, LLC, c/o Madison Management Services, LLC, 4600 Kietzke Ln, Suite K-225, Reno, NV 89502-5017 |
| 14581021 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2025 00:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14566235 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 01:07:54 | SYNCB/American Eagle, PO BOX 965005, Orlando, FL 32896-5005 |
| 14566236 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 01:07:43 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14566237 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 01:07:35 | SYNCB/PPC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14566234 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 01:07:47 | SYNCB/amazon Plcc, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

Case 20-14648-pmm   Doc 107   Filed 12/04/25   Entered 12/05/25 00:42:43   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2025 | Form ID: 138OBJ | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14566238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 01:07:54 | SYNCB/sams club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14574954 | | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 03 2025 00:56:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14566233 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 03 2025 00:56:00 | Sallie Mae, PO BOX 3229, Wilmington, DE 19804-0229 |
| 14581010 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 03 2025 01:07:34 | Synchrony Bank by AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14576638 | | Email/Text: bncmail@w-legal.com | Dec 03 2025 00:56:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 14566239 | + | Email/Text: bncmail@w-legal.com | Dec 03 2025 00:56:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Minneapolis, MN 55445-4301 |
| 14566240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 01:07:46 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14566241 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 03 2025 01:07:38 | Wells Fargo Bank NA, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14572623 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 03 2025 01:07:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14566242 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 03 2025 01:07:46 | Wells Fargo Card Service, Credit Bureau Resolution, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14566243 | + | Email/Text: bncnotifications@pheaa.org | Dec 03 2025 00:56:00 | Wells Fargo Education/AES, PO BOX 2461, Harrisburg, PA 17105-2461 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14572874 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14566229 | ## | Peerless Credit Services Inc., PO Box 518, Middletown, PA 17057-0518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Dec 02, 2025 | Form ID: 138OBJ | Total Noticed: 54

ANDREW L. UNTERLACK
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING aunterlack@hillwallack.com

ANGELA CATHERINE PATTISON
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com
    apattison@ecf.courtdrive.com

CHARLES LAPUTKA
    on behalf of Joint Debtor Lena Alena Malitsis ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
    on behalf of Debtor Spiros Malitsis ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Pequot LLC, et al Josh.Goldman@padgettlawgroup.com,
    bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

MICHAEL J. SHAVEL
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mshavel@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 106 − 96

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Spiros Malitsis ) | Case No. 20−14648−pmm |
|   aka Spiro Malitsis ) | |
| ) | |
|   Lena Alena Malitsis ) | Chapter: 13 |
|   aka Lena A. Maalouf ) | |
|   Debtor(s). ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 2, 2025

For The Court

Mohung Wong
Clerk of Court