United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-14648-pmm

Spiros Malitsis                                                                 Chapter 13

Lena Alena Malitsis

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                  +  Spiros Malitsis, Lena Alena Malitsis, 182 Aster Street, Nazareth, PA 18064-1060

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

**Name                          Email Address**

ANDREW L. UNTERLACK
                              on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING aunterlack@hillwallack.com

ANGELA CATHERINE PATTISON
                              on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com
                              apattison@ecf.courtdrive.com

CHARLES LAPUTKA
                              on behalf of Joint Debtor Lena Alena Malitsis ecfnotices@laputkalaw.com
                              jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
                              on behalf of Debtor Spiros Malitsis ecfnotices@laputkalaw.com
                              jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 05, 2026                       Form ID: 195                                    Total Noticed: 1

      on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN

      on behalf of Creditor Pequot  LLC, et al Josh.Goldman@padgettlawgroup.com,
bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

MICHAEL J. SHAVEL

      on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mshavel@hillwallack.com
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHELLE L. MCGOWAN

      on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Spiros Malitsis and Lena Alena Malitsis                         : Case No. 20−14648−pmm
              Debtor(s)

### ORDER
_____

    AND NOW, this day , March 4, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                              By The Court

                              Patricia M. Mayer
                              Judge, United States Bankruptcy Court

                                                                           Form 195